BEFORE THE FIRST DIVISION, JANUARY 20, 1955

**No. 58704.**—New York Merchandise, Inc. *v.* United States, protests 200902–K, 200928–K, and 222762–K (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.